UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

ANNE GROE,

    Plaintiff,

v.

KILOLO KIJAKAZI,
*Acting Commissioner of Social Security,*

    Defendant.

**JUDGMENT**

No. 4:23-CV-78-RN

**Decision by Court.**

**This matter is before the Court on Plaintiff's Social Security Brief and Defendant's Motion for Remand to the Commissioner.**

**IT IS ORDERED ADJUDGED AND DECREED:**

The court grants Kijakazi's request for relief (D.E. 20), grants in part and denies in part Groe's request for relief (D.E. 16), and remands this matter to the Acting Commissioner for additional consideration. This action is dismissed. The Clerk must close this case.

This Judgment Filed and Entered on December 1, 2023 with service on:
Derrick Arrowood (via CM/ECF Notice of Electronic Filing)
Cassia Parson (via CM/ECF Notice of Electronic Filing)
Cathleen McNulty (via CM/ECF Notice of Electronic Filing)
Dianne Samu (via CM/ECF Notice of Electronic Filing)

                              PETER A. MOORE, JR., CLERK

                              /s/ Carson B. Pendergrass
                              (By): Carson B. Pendergrass, Deputy Clerk