UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Anne Groe, )
)
    Plaintiff )
)
)
) **JUDGMENT**
v. )
) No. 4:23-CV-78-RN
MARTIN O'MALLEY )
Acting Commissioner of Social Security, )
)
    Defendant. )

**Decision by Court:**
This action being submitted to the Court upon the Consent Motion for Attorney Fees.

**IT IS ORDERED, ADJUDGED AND DECREED** that the Commissioner of Social Security pay to Plaintiff the sum of $5,100.00 in attorney fees, in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sum this case is dismissed with prejudice. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Derrick Arrowood, and mailed to his office at P.O. Box 58129, Raleigh, North Carolina 27658, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the EAJA. If the payment is subject to offset, then any remaining fee will be made payable to Plaintiff and mailed to Plaintiff's counsel's office address.

This Judgment Filed and Entered on March 1, 2024 with service on:

Derrick Kyle Arrowood (via CM/ECF Notice of Electronic Filing)

Cassia W. Parson (Via CM/ECF Notice of Electronic Filing)

Cathleen McNulty (Via CM/ECF Notice of Electronic Filing)

Dianne Samu (Via CM/ECF Notice of Electronic Filing)

                PETER A. MOORE, JR., CLERK

                /s/ Carson B. Pendergrass
                (By): Carson B. Pendergrass, Deputy Clerk